IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TAMIYA HENDERSON | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | No. 17-3481 |
| | : | |
| NANCY A. BERRYHILL | : | |
| *ACTING COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

## ORDER

AND NOW, this 17th day of May, 2019, upon consideration of Plaintiff Tamiya

Henderson's Brief and Statement of Issues in Support of Request for Review, the Acting

Commissioner of Social Security's response thereto, and Henderson's reply, and after careful

and independent review of the Report and Recommendation of United States Magistrate Judge

Elizabeth T. Hey, to which no objections have been filed,[1] it is ORDERED:

1.      The Report and Recommendation (Document 18) is APPROVED and

ADOPTED;

2.      Henderson's Request for Review (Document 12) is GRANTED insofar as the

case is REMANDED to the Acting Commissioner of Social Security pursuant to sentence four of

42 U.S.C. § 405(g) for further proceedings consistent with Judge Hey's Report and

Recommendation;

3.      Judgment is entered in favor of Henderson by separate order, filed

contemporaneously; and

---

[1] The Report and Recommendation was sent to all parties of record on April 22, 2019, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof."). As of today's date, however, no objections have been filed.

4.      The Clerk of Court is DIRECTED to mark this case CLOSED.

                                        BY THE COURT:


                                        /s/ Juan R. Sánchez
                                        Juan R. Sánchez, C.J.